UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2591028 ONTARIO LIMITED<br>  d/b/a FOCUS GLOBAL,<br><br>                              Plaintiff,<br><br>v.<br><br>ADVACARE INC.,<br><br>                              Defendant. | Civil Action No.:<br><br><br><u>**COMPLAINT**</u> |

Plaintiff 2591028 Ontario Limited d/b/a Focus Global ("Focus Global"), as and for its Complaint against Advacare Inc. ("Advacare"), alleges as follows:

### NATURE OF THE ACTION

1. This dispute arises out of Advacare's breaches of contractual obligations and its failure to pay monies owed for goods it ordered and agreed to accept.

### THE PARTIES

2. Focus Global is a corporation organized and existing under the laws of the Province of Ontario with its registered office located at 535 Millway Avenue, Concord, Ontario and transacts business as a wholesale supplier of medical and dental products, offering a wide range of personal protective equipment, medical and dental products to customers worldwide.

3. On information and belief, Advacare is a corporation organized and existing under the laws of the State of New York, with its principal place of business in Rockland County at 343 Spook Rock Road, Suffern, New York, 10901, and was at all material times the purchaser of certain goods as hereinafter described.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because there is diversity of citizenship between a citizen of the state of New York and a citizen of a foreign state and the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Advacare because it has its principal place of business and is incorporated in the State of New York.

6. Venue is properly laid in this Court because Advacare has its principal place of business in this District and has conducted transactions giving rise to this action in this District.

## FACTUAL BACKGROUND

### A. Advacare Contractually Agreed to Purchase Goods from Focus Global

7. On or about August 24, 2020, Advacare approached Focus Global to purchase certain SciCan Optim 1 Wipes and SciCan Optim 33TB Wipes (the "Goods") at a price of $31.50 per unit at the aggregate purchase price of $3,789,072.00 (the "Purchase Price").

8. Focus Global proceeded to prepare Sales Order SI0868946 reflecting the Goods at the Purchase Price (the "Sales Order").

9. On or about August 28, 2020, Advacare remitted a 10% down payment in the amount of $378,907.20 to Focus Global pursuant to the terms of the Sales Order (the "Down Payment").

10. As Advacare's offer to purchase was accepted by Focus Global and partly performed by Advacare, such acts constituted a binding agreement between the parties (the "Contract").

11. Upon receipt of the Down Payment and in accordance with the terms of the Contract, Focus Global changed its position by proceeding to source and purchase the Goods from its suppliers for resale to Advacare.

12. On or about September 16, 2020, Focus Global advised Advacare that certain delivery dates could not be met and as an accommodation, reduced the price per unit of the Goods to $25.00. A revised sales order SA0868946 (the "Revised Sales Order") was circulated to Advacare reflecting the revised purchase price of $2,427,300 (the "Revised Purchase Price").

13. Following its receipt of the Revised Sales Order, Advacare reiterated its commitment to purchase the Goods as set out in the Revised Sales Order.

14. On or about September 14, 2020, a portion of the Goods set out on the Revised Sales Order was delivered to and accepted by Advacare. Payment for these accepted Goods was made by Advacare's allowing Focus Global to draw down the value of the Goods, $125,874.00, from the Down Payment held by Focus Global. After such payment, the Down Payment held by Focus Global was $253,033.20 (the "Revised Down Payment").

15. On or about September 17, 2020, Advacare confirmed its intent to complete the purchase of the Goods, to arrange for acceptance of the goods, and to make final payment as set out in the Revised Sales Order, in accordance with the Contract and consistent with its earlier commitments.

16. On or about September 18, 2020, Advacare confirmed receipt of the Revised Sales Order and at no time objected to its contents.

**B.   Advacare Breached the Contract**

17. On or about October 12, 2020 and in breach to the terms of the Contract, Advacare reversed its earlier position and announced its refusal to wire the remaining funds due and owing under the Revised Sales Order.

18. Advacare did not wire the remaining funds, thereby breaching the terms of the Contract.

19. Focus Global has acted consistently with the Contract and proceeded to purchase the Goods from its suppliers, incurring the costs of same to its detriment.

20. After Focus Global had partially performed the Contract and incurred the costs of sourcing and purchasing the Goods for Advacare, Advacare refused to purchase the Goods, thereby breaching the terms of the Contract.

21. Focus Global has suffered damages in the sum of $2,174,266.80, reflecting the Revised Purchase Price less the Revised Down Payment.

## CLAIM ONE

### (Breach of Contract)

22. Focus Global restates and realleges the allegations of paragraphs 1 to 21 as if set forth fully herein.

23. Focus Global and Advacare formed a Contract for the sale and purchase of the Goods.

24. In accordance with the Contract, Focus Global performed its responsibilities by sourcing and purchasing the Goods from its suppliers for resale to Advacare.

25. Advacare wrongfully refused to pay for the Goods that it had agreed to purchase.

26. As a result, Focus Global was deprived of the benefit of its bargain under the Revised Sales Order and Contract.

27. Focus Global was damaged by Advacare's failure to pay for the Goods it ordered.

## CLAIM TWO

### (Promissory Estoppel)

28. Focus Global restates and realleges the allegations of paragraphs 1 to 27 as if set forth fully herein.

29. Advacare clearly and unambiguously promised and agreed to purchase the Goods as set out in the Revised Sales Order and Contract.

30. Focus Global reasonably and foreseeably relied on Advacare's multiple promises, representations, confirmations, and subsequent failure to object to the Revised Sales Order and Contract.

31. As a result, Focus Global was deprived of the payment promised and agreed to it under the Revised Sales Order and Contract.

32. Focus Global was damaged by Advacare's failure to pay for the Goods it ordered.

## CLAIM THREE

### (Negligent Misrepresentation)

33. Focus Global restates and realleges the allegations of paragraphs 1 to 32 as if set forth fully herein.

34. Advacare had a duty to provide Focus Global with correct information.

35. Advacare represented that it would pay Focus Global for the Goods.

36. Advacare subsequently refused to pay Focus Global for the Goods.

37. Focus Global reasonably and foreseeably relied on Advacare's multiple promises, representations, confirmations, and subsequent failure to object to the Revised Sales Order and Contract.

38. As a result, Focus Global was deprived of the funds promised and agreed to it under the Revised Sales Order and Contract.

39.     Focus Global was thus damaged.

**WHEREFORE**, 2591028 Ontario Limited d/b/a Focus Global respectfully requests that this Court enter Judgment in its favor and against Advacare Inc. as follows:

a.      On Claim One, compensatory damages against Advacare for the unpaid sums due under the Revised Sales Order and Contract, amounting to $2,174,266.80.

b.      On Claim Two, compensatory damages in the amount of $2,174,266.80 to the extent not recovered as damages under Claim One;

c.      On Claim Three, compensatory damages in the amount of $2,174,266.80 to the extent not recovered as damages under Claims One and Two; and

d.      On all Claims, pre- and post-judgment interest, an award of Focus Global's costs, and such other and further relief as the Court deems just and proper.

Dated: December 22, 2020
       New York, N.Y.

                                        DENTONS US LLP

                                        By:    */s/ Charles E. Dorkey III*
                                               Charles E. Dorkey III
                                               charles.dorkey@dentons.com
                                               Joseph B. Kidd
                                               joseph.kidd@dentons.com
                                               1221 Avenue of the Americas
                                               New York, NY  10020-1089
                                               Telephone:  (212) 905-8330
                                               Facsimile:   (212) 768-6800

                                               *Attorneys for Focus Global*