UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
2591028 ONTARIO LIMITED
d/b/a FOCUS GLOBAL,

                                   Plaintiff,

   -against-

ADVACARE INC.,

                                   Defendant.
------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 10876 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On May 7, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Plaintiff shall submit a revised case management plan by Wednesday, May 12, 2021. Defendant shall make any request for recusal by Friday, May 14, 2021.

       SO ORDERED.

Dated:     May 7, 2021                                 _____/s/ Alvin K. Hellerstein_____
            New York, New York                   ALVIN K. HELLERSTEIN
                                                                 United States District Judge