# Law Offices of Bruce W. Minsky, P.C.

**112 Brick Church Road**
**New Hempstead, New York 10977**
**Telephone: (646) 234-7006; (212) 956-3123**
**Facsimile: (702) 973-6607 (Not for Litigation Purposes)**
**E-mail: bwminsky@gmail.com**

**Bruce W. Minsky, Esq.**
*Member of the California, Connecticut and New York Bars*

May 6, 2022

> The Clerk of Court shall terminate the motion (ECF No. 35).
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> May 9, 2022

<u>VIA ECF</u>

Hon. Alvin K. Hellerstein, U.S.D.C.J.
United States District Court, Southern District of New York
500 Pearl Street.
New York, NY 10007-1312

    Re:    2591028 Ontario Limited v. Advacare, Inc.
            Case No.: 1:20-cv-10876 (AKH)

Dear Judge Hellerstein:

    This office is counsel for the Defendant Advacare, Inc. ("<u>Defendant</u>").  This letter shall serve as notice for the withdrawal of the Defendant's Motion to Compel/Sanctions [Doc. 35].

    We thank the Court for its time and attention to this matter.

                                Very truly yours,

                                /bwm/

                                Bruce W. Minsky, Esq.

BWM/jm
cc:    Aaron Twersky, Esq., Twersky, PLLC
        *(Via ECF)*