UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
2591028 ONTARIO LIMITED d/b/a FOCUS  :
GLOBAL,                              :
                                     :    20-CV-10876 (AKH) (OTW)
                         Plaintiff,  :
                                     :    **ORDER**
              -against-              :
                                     :
ADVACARE INC.,                       :
                                     :
                         Defendant.  :
                                     :
                                     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on August 14, 2024. Defendant did not appear and, to the Court's knowledge, is currently without counsel and cannot proceed *pro se* because Defendant is a corporation. *See* 28 U.S.C. § 1654.[1]

As **ORDERED** on the record at the August 14, 2024, Conference, Defendant is directed to file a Notice of Appearance of new counsel. It is further **ORDERED** that Defendant shall file its Notice of Appearance by **August 30, 2024**.

**SO ORDERED.**

Dated: August 15, 2024
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] Judge Hellerstein granted Defendant's last remaining counsel's motion to withdraw on July 24, 2024. (ECF 104).

Case 1:20-cv-10876-AKH-OTW     Document 109     Filed 08/15/24     Page 2 of 2