**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
2591028 ONTARIO LIMITED d/b/a FOCUS
GLOBAL,

                                 Plaintiff,

              -against-                                20 **CIVIL** 10876 (AKH)

                                                      **JUDGMENT**

ADVACARE INC.,

                             Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusion of Law dated March 4, 2026, Plaintiff 259l028 Ontario Limited d/b/a Focus Global is entitled to: a) a judgment in the amount of $1,613,473.l6; b) plus prejudgment interest on this amount, to be calculated at nine percent per annum from the date of the breach, October 27, 2020, until entry of judgment, in the amount of $778,180.32.

**Dated:** New York, New York

       March 6, 2026

                                          **TAMMI M. HELLWIG**

                                    _____

                                         **Clerk of Court**

                       **BY:**             *K. Mango*

                                       _____

                                         **Deputy Clerk**